**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:25-cv-23346-ALTONAGA/Reid**

D. PORTHAULT USA LLC, D. PORTHAULT DESIGN HOLDINGS LLC, PORTHAULT HOLDINGS LLC, and BERNARD CARL,

Plaintiffs,

v.

ARLETTIE PARIS SAS, ARLETTIE SAS, D. PORTHAULT SAS, D. PORTHAULT PARIS LTD, DESCAMPS SAS, ASTRANCE CAPITAL SA, ASTRANCE CAPITAL SAS, and JOEL DAVID BENILLOUCHE,

Defendants.
_______________________________________/

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

With this Notice of Voluntary Partial Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice"), Plaintiffs D. Porthault USA LLC, D. Porthault Design Holdings LLC, Porthault Holdings LLC, and Bernard Carl (collectively, "Plaintiffs") hereby voluntarily dismiss the counts currently asserted in the Complaint (ECF 1) against Defendants Arlettie Paris S.A.S., Arlettie S.A.S., D. Porthault Paris Ltd., Descamps S.A.S., Astrance Capital S.A., and Joel David Beillouche (the "Dismissed Defendants") in the above-captioned action (the "Action"). *See* ECF 1. Plaintiffs are not dismissing from the Action Defendants D. Porthault S.A.S. and Astrance Capital S.A.S. (the "Non-Dismissed Defendants").

Plaintiffs' voluntary partial dismissal is with prejudice only as to re-asserting the same counts currently asserted in the Complaint against the Dismissed Defendants in the United States.

Plaintiffs' voluntary partial dismissal is without prejudice to Plaintiffs asserting claims that are the same or the foreign-law equivalents as to those currently asserted in the Complaint against the Dismissed Defendants in forums outside of the United States. Plaintiffs expressly reserve the right to assert such claims against the Dismissed Defendants in forums outside of the United States. Plaintiffs' voluntary partial dismissal also is without prejudice to Plaintiffs asserting claims other than those currently asserted in the Complaint against the Dismissed Defendants in the United States. Plaintiffs expressly reserve the right to assert claims other than those currently asserted against the Dismissed Defendants in the United States.

Moreover, this Notice has no bearing on the Non-Dismissed Defendants, including any claims that are or may be asserted against them, whether in this Action, the United States, or in forums outside of the United States and any facts or legal theories relevant to any claims against them, including to the extent that such facts or legal theories involve and/or are related in any way to the Dismissed Defendants or dismissed counts. Further, the Notice in no way affects Plaintiffs' ability to seek information from the Dismissed Defendants in the Action, which Plaintiffs reserve the right to do.

Dated: December 19, 2025

Respectfully submitted,

*/s/ Jared R. Kessler*

Jared R. Kessler
Fla. Bar No. 96020
Gino Cheng
Fla. Bar No. 1058009
Elisa H. Baca
Fla. Bar No. 1003009
Hamza B. Rashid
Fla. Bar No. 105904
JRKessler@winston.com
GCheng@winston.com
EBaca@winston.com

HRashid@winston.com
WINSTON & STRAWN LLP
200 S. Biscayne Blvd., 24th Floor
Miami, FL 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505

Sean Anderson
SRAnderson@winston.com
Pro hac vice
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-5388
Fax: (212) 294-4700

Sara Susnjar
SSusnjar@winston.com
Pro hac vice
WINSTON & STRAWN LLP
68 Rue du Faubourg Saint-Honore
75008 Paris France
Tel: (+33) 1 53 64 82 82
Fax: (+33) 1 53 64 82 20

Counsel for Plaintiffs D. Porthault USA, LLC, D. Porthault Design Holdings, LLC, Porthault Holdings, LLC, and Bernard Carl

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 19, 2025, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

*<u>/s/ Jared R. Kessler</u>*

Jared R. Kessler